# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00072-CV

**Maplewood Ventures, L.L.C.; Edward Boehm, Individually; and Stephanie Boehm, Individually, Appellants**

**v.**

**Gold Coast Ventures, Inc., Appellee**

---

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-002790, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Maplewood Ventures, L.L.C.; Edward Boehm, Individually; and Stephanie Boehm, Individually have filed an agreed motion to dismiss this cause. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Appellants' Motion

Filed: June 4, 2021